FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JAN 11  AM 7: 18

LORETTA G. WHYTE
      CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LARRY DESELLES** | CIVIL ACTION |
| **VERSUS** | NO. 06-4163 |
| **MARLIN GUSMAN, STATE OF LOUISIANA, ORLEANS PARISH POLICE JURY, AZSY INSURANCE COMPANY, AND JOHN AND/OR JOAN DOE** | SECTION "N"(4) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the petitioner on December 8, 2006, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Larry Deselles's Title 42 U.S.C. § 1983 claims against Orleans Parish Criminal Sheriff Marlin Gusman, the Orleans Parish Police Jury, the AZSY Insurance Company, and John and/or Joan Doe, are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to Title 28 U.S.C. § 1915(e) and § 1915A and Title 42 U.S.C. § 1997e.

```
___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____
```

**IT IS FURTHER ORDERED** that the **Motion to Dismiss State of Louisiana (Rec. Doc. No. 11)** filed by the State of Louisiana is **GRANTED** and the claims against the State of Louisiana are **DISMISSED WITH PREJUDICE** for lack of jurisdiction and failure to state a claim for which relief can be granted and otherwise as frivolous and for seeking relief against an immune defendant.

New Orleans, Louisiana, this _10th_ day of _January_, 2007.

UNITED STATES DISTRICT JUDGE